Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY EDWARD PAUL and<br>THEODORE KAI SILVA,<br><br>Defendants. | NO. CR19-194JLR<br><br>[PROPOSED] PROTECTIVE ORDER |

This matter coming before the Court on an Unopposed Motion for Entry of Protective Order, the Court hereby enters the following order:

Certain discovery material to be produced in this case may contain confidential financial or other personal information. All discovery material containing any of the following information will be deemed Confidential Information: complete bank account numbers for accounts owned by other people than the defendants, driver's license and social security numbers of people other than the defendants.

From the date of this Order, the government shall designate discovery as Confidential Information, by bates number, at the time it is produced to the defendants.

Possession of Confidential Information is limited to attorneys of record in the case, their staff, potential experts, and their investigators. The attorneys of record may

[Proposed] Protective Order/ - 1
U.S. v. Paul, et al., CR19-194JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

not provide copies of the Confidential Information to any other person. This order does not prohibit the attorneys of record, their staff, potential experts and their investigators, from discussing the Confidential Information with, or showing the Confidential Information to, the defendant and any prospective witness, so long as only the attorneys of record, their staff, investigators, and potential experts, maintain possession of the Confidential Information.

Any person provided a copy of Confidential Information under the Protective Order shall sign the certification following this order, except that the Court's signed copy of this Order will be deemed to apply to counsel any support or administrative staff working under the direction and supervision of defense counsel

This Protective Order may be modified, as necessary, by Stipulated Motion or otherwise.

Dated this 23rd day of October, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ Matthew Diggs
MATTHEW DIGGS
Assistant United States Attorney

[Proposed] Protective Order/ - 2
U.S. v. Paul, et al., CR19-194JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I hereby acknowledge that I have read the protective order entered in *United States v. Anthony Paul et al*, CR19-194JLR, and/or had the terms of the protective order explained to me. I agree that the order applies to me and that I am bound by, and will comply with, its terms.

Name: _____

Date: _____

[Proposed] Protective Order/ - 3
U.S. v. Paul, et al., CR19-194JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970