Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-194JLR |
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATE |
| v. | |
| ANTHONY EDWIN PAUL and THEODORE KAI SILVA, | |
| Defendants. | |

THIS COURT, having considered the Parties Joint Motion to Continue, and being familiar with the docket and pleadings filed therein,

HEREBY FINDS that a continuance of the trial date is necessary because the ends of justice served by such a continuance outweigh the best interests of the public and Defendants Anthony Paul and Theodore Silva in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

THIS COURT FURTHER FINDS that given the complexity of this case and the volume of discovery in the case, a reasonable period of delay is necessary on the grounds that the failure to grant such a continuance in the proceedings would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

Order Continuing Trial and PTM Date/ - 1
U.S. v. Paul et al., CR19-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     THIS COURT FURTHER FINDS that this case is unusual and complex due to the
2 issues of law and fact presented, and that it is unreasonable to expect adequate
3 preparation for pretrial proceedings or for the trial itself within the time limits established
4 by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

5     THIS COURT FURTHER FINDS that, to the extent that the issues presented by
6 this case are not so complex or unusual, the defense and the government have exercised
7 due diligence, and the failure to grant such a continuance would deny the defendants the
8 reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

9     THIS COURT HEREBY GRANTS the Joint Motion for Continuance of Trial
10 and sets the trial of this case for October 13, 2020. The Court further sets the pre-trial
11 motions date for July 30, 2020.

12     THIS COURT FURTHER EXCLUDES the period of delay from the date of this
13 order to the new trial date of Oct. 13, 2020, from computing the time within which the
14 trial must commence. This period of delay is excluded based on the findings of this
15 Court that (a) the ends of justice served from granting the continuance outweigh the best
16 interests of the public and Defendants Anthony Paul and Theodore Silva in a speedy trial.
17 18 U.S.C. § 3161(h)(7)(A).

18     Dated this 12th day of November, 2019.

                                            HONORABLE JAMES L. ROBART
                                            United States District Judge

25 Prepared by:

27 *s/ Matthew D. Diggs*
    MATTHEW D. DIGGS
28 Assistant United States Attorney

Order Continuing Trial and PTM Date - 2
U.S. v. Paul et al., CR19-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970