UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0194JLR |
| Plaintiff, | ORDER DENYING DEFENDANTS' MOTION FOR IN CAMERA REVIEW |
| v. | |
| ANTHONY EDWIN PAUL and THEODORE KAI SILVA, | |
| Defendants. | |

This matter comes before the court upon Defendants' Anthony Edwin Paul and Theodore Kai Silva's Motion for In Camera Review of Presentence and Pretrial Services Reports of Cooperating Witnesses.  (Mot. (Dkt. # 27).)

In its response to the motion, Plaintiff United States of America ("the Government") acknowledges its disclosure obligations and notes the difficulty of identifying the individuals who would be covered by the requested disclosures at this time.  (*See* Resp. (Dkt. # 29) (sealed) at 1-2.)  The Government also notes that it "will be

ORDER - 1

producing additional materials related to individuals it believes could fairly be characterized as 'significant' witnesses" and claims that any information in the presentence reports that Defendants seek would "likely be cumulative" of the Government's witness disclosures  (*Id.* at 3.)

For the reasons discussed above, the court DENIES the motion (Dkt. # 27) without prejudice to renew the motion once witness disclosures are complete.

The court also advises the parties that although this matter is set for a jury trial on October 13, 2020, the court cannot guarantee the trial date.  The Seattle courthouse is currently closed through September 8, 2020.  Reopening the courthouse for in-person proceedings will require substantial improvement in metrics related to the COVID-19 pandemic.

Dated this 26th day of August, 2020.

JAMES L. ROBART
United States District Judge