HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY EDWIN PAUL and THEODORE KAI SILVA,<br><br>Defendants. | CASE NO. 2-19-cr-00194 JLR<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXPEDITED SUBPOENA UNDER RULE 17(c) TO THE STATE OF WASHINGTON DEPARTMENT OF REVENUE. |

THIS MATTER having come before the Court upon Defendants Anthony Edwin Paul and Theodore Kai Silva's Motion for Order Approving Issuance of a Rule 17(c) Subpoena Duces Tecum to State of Washington Department of Revenue.  Defendants' Subpoena Duces Tecum seeks pre-trial production of excise tax information in the possession and control of the State of Washington Department of Revenue ("DOR") pertaining to TK MAC Enterprises, Inc., a/ka MAC Enterprises (UBA #602094950), and its owners Hyung Il Kwon and Tae Young Kim, the cooperators in this case, (collectively herein "TK MAC"), for the time period intervening between January 1, 2008 and December 31, 2017.

Plaintiff, the United States of America (the "Government") has not objected to the Motion and based on the arguments therein, the Court GRANTS the Motion for Order Approving Issuance of a Rule 17(c) Subpoena Duces Tecum to State of Washington Department of Revenue and

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXPEDITED SUBPOENA UNDER RULE 17(c) TO THE STATE OF WASHINGTON DEPARTMENT OF REVENUE – 1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE S., SUITE 1000
SEATTLE, WA 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

approves issuance of a Subpoena Duces Tecum to DOR pursuant to Rule 17(c) for the following information:

1. All Tobacco Products Tax Credit worksheets submitted by TK MAC;
2. All Schedule C2 (Smokeless Tobacco) forms submitted by TK MAC;
3. All Proposed or Final Audit Adjustment documents issued to TK MAC, including correspondence and worksheets;
4. Schedule C3 (Roll-Your-Own) tobacco forms submitted by TK MAC;
5. Combined Excise Tax Returns ("CETR") filed by TK MAC;
6. Auditor's Details of Differences and Instructions to Taxpayer issued to TK MAC;
7. Correspondence to or from TK MAC or its representatives and DOR;
8. Correspondence between the US Attorney's Office and/or the Internal Revenue Service, on the one hand, and DOR, on the other, regarding TK MAC for anytime period through present day;
9. All documents pertaining to DOR's reviews the Other Tobacco Product ("OTP") tax credits taken by TK MAC on CETRs.

The Clerk's Office shall issue the Subpoena, and once the Subpoena has been issued, the Clerk's Office shall contact defense counsel. Defense counsel shall be responsible for service of the Subpoena upon DOR. The requested materials shall be due no later than ten days from the date of receipt of the Subpoena by DOR or by September 30, 2020. DOR shall have business five days from the date it receives the Subpoena to file a motion to quash the Subpoena in accordance with Fed. R. Crim. P. 17(c)(2). If DOR files a motion to quash within the time period allowed as to some of the documents, but not all of the documents, those documents not subject to an objection shall be delivered to the Court no later than five business days from the date of receipt of the Subpoena by DOR. The requested materials shall be produced at the following address:

Chambers of U.S. District Judge James L. Robart
United States Courthouse
700 Stewart Street, Suite 14128
Seattle, WA 98101-9906

ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR AN EXPEDITED SUBPOENA UNDER
RULE 17(c) TO THE STATE OF WASHINGTON
DEPARTMENT OF REVENUE – 2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE S., SUITE 1000
SEATTLE, WA 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

Upon receipt of the responsive materials, the Court will notify all parties that the documents are available for inspection and copying.

**IT IS SO ORDERED**.

DATED this  24th  day of  September       , 2020.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

SUMMIT LAW GROUP, PLLC

By: *s/David H. Smith*
    David H. Smith, WSBA #10721
    Tanya C. Nesbitt, WSBA #56122
    315 Fifth Avenue S., Suite 1000
    Seattle, WA 98104
    Direct: (206) 676-7070
    Email: davids@summitlaw.com
    Email: tanyan@summitlaw.com

*Attorneys for Defendant Anthony Edwin Paul*

CAMIEL & CHANEY, P.S.

By: *s/Peter A. Camiel*
    Peter A. Camiel, WSBA #12596
    520 Pike Street, Suite 2500
    Seattle, WA 98101
    Tel: (206) 624-1551
    Email: petercamiel@yahoo.com

*Attorneys for Defendant Kai Silva*

4821-0395-8986, v. 3

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXPEDITED SUBPOENA UNDER RULE 17(c) TO THE STATE OF WASHINGTON DEPARTMENT OF REVENUE – 3

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE S., SUITE 1000
SEATTLE, WA 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001