HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY EDWIN PAUL and THEODORE KAI SILVA,<br><br>Defendants. | NO. 2-19-cr-00194 JLR<br><br>REVISED ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |

THIS MATTER having come before the Court on the motion of Defendant Anthony Paul for a continuance of the trial date, and the Court having considered the facts set forth in the motion and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

REVISED ORDER GRANTING MOTION TO CONTINUE TRIAL DATE – 1

NO. 2-19-cr-00194 JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE S., SUITE 1000
SEATTLE, WA 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial. All these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from October 13, 2020, to February 22, 2021.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated this 28th day of September 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

SUMMIT LAW GROUP, PLLC

By: s/David H. Smith
    David H. Smith, WSBA #10721
    Tanya C. Nesbitt, WSBA #56122
    Email: davids@summitlaw.com
    Email: tanyan@summitlaw.com

*Attorneys for Defendant Anthony Edwin Paul*

REVISED ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE – 2

NO. 2-19-cr-00194 JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE S., SUITE 1000
SEATTLE, WA 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001